Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

MARY-ALICE RODGERS v. WILLIAM H. RODGERS.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 640.]

MARY-ALICE RODGERS v. WILLIAM H. RODGERS.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 640.]

ROYAL CHINA, INC., v. REGAL CHINA CORPORATION.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 515; *post*, p. 987.]

APOLLONIA VACCARINO, Respondent, v. AIR MALTA, LTD., Appellant, et al., Defendants. (And seven other actions.) Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 882.]

DAVID H. SIMS, Respondent, v. D. WARD NICHOLS et al., Appellants, et al., Defendants.— Present — Dore, J. P., Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 890.]

DAVID H. SIMS, Respondent, v. D. WARD NICHOLS et al., Defendants, and CHARLES POKORNY, Appellant.— Present — Dore, J. P., Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 891.]

HUMBERT DE SAYVE v. JEAN DE G. DE LA VALDENE.— Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 784.]

MAUDE C. MATTHEWS, v. EUSTACE V. DENCH, as Executor of HENRY C. MATTHEWS, Deceased, et al.— Present — Peck, P. J., Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 866.]